**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6272

JAMES EDWARD WILLIAMS,

Plaintiff - Appellant,

versus

WAKE COUNTY; PITT COUNTY; CRAVEN COUNTY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, Senior District Judge. (CA-01-173-5-BR)

Submitted:  June 24, 2004              Decided:  June 30, 2004

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Edward Williams, Appellant Pro Se.  Shelley Tager Eason, COUNTY ATTORNEY'S OFFICE FOR THE COUNTY OF WAKE, Raleigh, North Carolina; Andrew Harrison Downes Wilson, BARBER & ASSOCIATES, Greenville, North Carolina; JoAnne Keeler Burgdorff, PITT COUNTY LEGAL DEPARTMENT, Greenville, North Carolina; James Russell Sugg, Sr., Scott Christopher Hart, SUMRELL, SUGG, CARMICHAEL, HICKS & HART, P.A., New Bern, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).
PER CURIAM:

James Edward Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See Williams v. Wake County</u>, No. CA-01-173-5-BR (E.D.N.C. Jan. 22, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>